**Codelia & Socorro, P.C.**                                               *Attorneys-at-Law*

---

778 Castle Hill Avenue
Bronx, New York 10473
Tel: (718) 931-2575
Fax: (718) 931-1121

May 22, 2013

<u>Via E-Filing to: www.nyed.uscourts.gov.</u>
The Hon. Steven M. Gold
Chief Magistrate
Eastern District of New York

Re:   1967 Crotona Corp.
      <u>vs. Vidu Brother Corp., et. al.</u>
      CV 10-6004 (SMG)

Dear Magistrate:

This office represents the plaintiff which is now the judgment creditor in the above captioned case.

On April 2, 2013 this court so ordered a stipulation of settlement in which the defendant Vidu Brother Corp. agreed to convey by deed all of its right, title and interest to the parties' jointly held property at 282-292 Meeker Avenue, a/k/a 646 Lorimer Street, Brooklyn, New York, within seven days of full execution of the stipulation. The seven days after March 24, 2013 elapsed April 1, 2013.

Despite plaintiff having served defendant counsel Perry Tischler, Esq., with the proposed deed and schedule, and the court so ordering the settlement and no objections to the form of the proposed deed ever being received by this office, Mr. Tischler, Esq., has advised plaintiffs agent counsel, Mr. Frank Castiglione, that Vidu Brother Corp. and Mr. Harshad Patel as CEO now refuse to sign the deed of conveyance to our client in performance of the court's order.

The purpose of this letter application is twofold:

a) To inquire if the court is amenable to scheduling a telephone conference with Mr. Tischler's office in an attempt to obtain obedience to this court's clear and unequivocal mandate dated April 2, 2013, and; b) if that conference is unsuccessful, will the court enter a motion schedule for a contempt proceeding by order to show cause against Vidu Brother Corp. and its CEO, Mr. Patel?

Very truly yours,

CODELIA & SOCORRO, P.C.

By: _____
    Peter R. Shipman, Esq.

PRS/tt