# THE LAW OFFICES OF
# PERRY IAN TISCHLER, P.C.

38-39 BELL BOULEVARD
SUITE 203
BAYSIDE, NEW YORK 11361
TEL: (718) 229-5390
FAX: (718) 229-5759

June 4, 2012

Hon. Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Court Room 13-D
Brooklyn, New York 11201

Re: Crotona 1967 Corp. v. Vidu Brothers Corp. and Harshad Patel
Case No.: 10-CV-6004

Dear Justice Gold:

As the court is aware, a telephone conference is scheduled for today at 5:00 p.m. to ascertain whether the original settlement documents were received by my office pursuant to the Court's Order. Despite my instruction to my client to overnight the executed deed and transfer documents to my office, they apparently were sent by regular mail. Despite my hope, I did not receive them today. Giving my client the benefit of a doubt, I except the documents to arrive by regular mail tomorrow, and therefore am requesting that the Court adjourn today's conference call at 5:00 p.m. to tomorrow 5:00 p.m. in hopes that I will be able to represent that I am in possession of the original documents. Please advise if same is acceptable.

Very truly yours,

S/Perry Ian Tischler
Perry Ian Tischler

cc: Peter Shipman, Esq.